# United States District Court
## Southern District of Georgia

Deadrin P. Davis

JUDGMENT IN A CIVIL CASE

v.  CASE NUMBER: CV614-89,

Clay Tatum, et al,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/29/14, judgment is hereby entered dismissing the case without prejudice.

9/29/14
Date

Scott Poff
Clerk

(By) Deputy Clerk